B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Middle District of Florida, Jacksonville Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gordon, Darryl Emery** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Darryl E. Gordon** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2876** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**10603 Wesson Way**<br>**Jacksonville, FL**   ZIP Code **32221** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gordon, Darryl Emery** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Rehan N. Khawaja, Esquire FL  December  2, 2010**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Rehan N. Khawaja, Esquire FL 0064025** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gordon, Darryl Emery** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darryl Emery Gordon**
Signature of Debtor  **Darryl Emery Gordon**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December  2, 2010**
Date

### Signature of Attorney*

X **/s/ Rehan N. Khawaja, Esquire FL**
Signature of Attorney for Debtor(s)

**Rehan N. Khawaja, Esquire FL 0064025**
Printed Name of Attorney for Debtor(s)

**Bankruptcy Law Offices of**
Firm Name
**Rehan N. Khawaja**
**817 North Main Street**
**Jacksonville, FL 32202**

Address

**Email: khawaja@fla-bankruptcy.com**
**(904) 355-8055  Fax: (904) 355-8058**
Telephone Number

**December  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re __Darryl Emery Gordon_____     Case No. _____

                                                    Debtor(s)          Chapter    __11_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Darryl Emery Gordon**
                                     **Darryl Emery Gordon**
Date:  **December  2, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re   **Darryl Emery Gordon**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton, CO 80124 | Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton, CO 80124 | Rental Property:<br><br>716 West 21st Street<br>Jacksonville, Florida 32206 | | 70,000.00<br><br>(57,693.00 secured) |
| BAC Home Loan<br>P.O. Box 650070<br>Dallas, TX 75265 | BAC Home Loan<br>P.O. Box 650070<br>Dallas, TX 75265 | Rental Property.<br><br>1645 West 24th Street<br>Jacksonville, Florida 32209 | | 79,750.00<br><br>(53,059.00 secured) |
| BAC Home Loan<br>P.O. Box 650070<br>Dallas, TX 75265 | BAC Home Loan<br>P.O. Box 650070<br>Dallas, TX 75265 | Rental Property.<br><br>1939 West 30th Street<br>Jacksonville, Florida 32209 | | 66,300.00<br><br>(41,146.00 secured) |
| Bank Card Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Bank Card Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Credit card purchase. | | 9,600.00 |
| Bank of America Mortgage<br>1425 N.W. 62nd Street<br>Fort Lauderdale, FL 33309 | Bank of America Mortgage<br>1425 N.W. 62nd Street<br>Fort Lauderdale, FL 33309 | Rental Property.<br><br>4016 North Stuart Street<br>Jacksonville, Florida 32209 | | 75,000.00<br><br>(61,298.00 secured) |
| Bankcard Service Center<br>P.O. Box 15710<br>Wilmington, DE 19886 | Bankcard Service Center<br>P.O. Box 15710<br>Wilmington, DE 19886 | Business credit card purchase. | | 5,800.00 |
| Beneficial/Hfc<br>P.O. Box 3425<br>Buffalo, NY 14240 | Beneficial/Hfc<br>P.O. Box 3425<br>Buffalo, NY 14240 | Credit card purchase. | | 17,000.00 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886 | Credit card purchase. | | 4,900.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Darryl Emery Gordon**                                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chase Home Mortgage<br>P.O. Box 9001871<br>Louisville, KY 40290 | Chase Home Mortgage<br>P.O. Box 9001871<br>Louisville, KY 40290 | Rental Property.<br><br>6832 West Virginia Avenue<br>Jacksonville, Florida 32209 | | 75,125.00<br><br>(52,493.00 secured) |
| First Franklin Loan Service<br>150 Allegheny Center Mall<br>Locator #24-040<br>Pittsburgh, PA 15212 | First Franklin Loan Service<br>150 Allegheny Center Mall<br>Locator #24-040<br>Pittsburgh, PA 15212 | Rental Property:<br><br>452 East 45th Street<br>Jacksonville, Florida 32221 | | 113,576.86<br><br>(69,173.00 secured) |
| Frost-Arnett Company<br>P.O. Box 198988<br>Nashville, TN 37219 | Frost-Arnett Company<br>P.O. Box 198988<br>Nashville, TN 37219 | Medical bill. | | 3,118.00 |
| Internal Revenue Service<br>400 W. Bay Street<br>Suite # 35045<br>Jacksonville, FL 32202 | Internal Revenue Service<br>400 W. Bay Street<br>Suite # 35045<br>Jacksonville, FL 32202 | | | 4,000.00 |
| Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Rental Property.<br><br>1939 West 30th Street<br>Jacksonville, Florida 32209 | | 66,300.00<br>(41,146.00 secured)<br>(66,300.00 senior lien) |
| Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Rental Property:<br><br>452 East 45th Street<br>Jacksonville, Florida 32221 | | 113,576.86<br>(69,173.00 secured)<br>(113,576.86 senior lien) |
| Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Rental Property.<br><br>1645 West 24th Street<br>Jacksonville, Florida 32209 | | 79,750.00<br>(53,059.00 secured)<br>(79,750.00 senior lien) |
| Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202 | Rental Property.<br><br>6832 West Virginia Avenue<br>Jacksonville, Florida 32209 | | 75,125.00<br>(52,493.00 secured)<br>(75,125.00 senior lien) |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Darryl Emery Gordon**    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mike Hogan Tax Collector**<br>**117 W. Duval Street**<br>**Suite # 480**<br>**Jacksonville, FL 32202** | **Mike Hogan Tax Collector**<br>**117 W. Duval Street**<br>**Suite # 480**<br>**Jacksonville, FL 32202** | **Rental Property.**<br><br>**4016 North Stuart Street**<br>**Jacksonville, Florida 32209** | | **75,000.00**<br>**(61,298.00 secured)**<br>**(75,000.00 senior lien)** |
| **Mike Hogan Tax Collector**<br>**117 W. Duval Street**<br>**Suite # 480**<br>**Jacksonville, FL 32202** | **Mike Hogan Tax Collector**<br>**117 W. Duval Street**<br>**Suite # 480**<br>**Jacksonville, FL 32202** | **Rental Property:**<br><br>**716 West 21st Street**<br>**Jacksonville, Florida 32206** | | **70,000.00**<br>**(57,693.00 secured)**<br>**(70,000.00 senior lien)** |
| **Suntrust Bank**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | **Suntrust Bank**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | **Credit card purchase.** | | **7,600.00** |
| **Wells Fargo Card**<br>**P.O. Box 66041**<br>**Dallas, TX 75266** | **Wells Fargo Card**<br>**P.O. Box 66041**<br>**Dallas, TX 75266** | **Credit card purchase.** | | **6,300.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Darryl Emery Gordon**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 2, 2010**
_____

Signature   **/s/ Darryl Emery Gordon**
_____
**Darryl Emery Gordon**
Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re    **Darryl Emery Gordon**                                              ,    Case No. _____

                                            Debtor

                                                                                 Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 884,060.00 | | |
| B - Personal Property | Yes | 5 | 62,510.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,533,268.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 63,464.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 13,881.88 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,460.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | Total Assets | | 946,570.00 | | |
| | | Total Liabilities | | 1,600,732.67 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re  **Darryl Emery Gordon**                                    ,       Case No. _____

                                    Debtor

                                                              Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Darryl Emery Gordon**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead Property:** | **Fee simple** | **J** | **415,000.00** | **415,500.00** |
| **10603 Wesson Way Jacksonville Florida.** | | | | |
| **Rental Property:** | **Fee simple** | **H** | **57,693.00** | **Unknown** |
| **716 West 21st Street Jacksonville, Florida 32206** | | | | |
| **Rental Property:** | **Fee simple** | **H** | **69,173.00** | **Unknown** |
| **452 East 45th Street Jacksonville, Florida 32221** | | | | |
| **Rental Property.** | **Fee simple** | **H** | **134,198.00** | **135,264.95** |
| **6597 Arancio Drive West Jacksonville, Florida 32244** | | | | |
| **Rental Property.** | **Fee simple** | **H** | **52,493.00** | **Unknown** |
| **6832 West Virginia Avenue Jacksonville, Florida 32209** | | | | |
| **Rental Property.** | **Fee simple** | **H** | **53,059.00** | **Unknown** |
| **1645 West 24th Street Jacksonville, Florida 32209** | | | | |
| **Rental Property.** | **Fee simple** | **H** | **41,146.00** | **Unknown** |
| **1939 West 30th Street Jacksonville, Florida 32209** | | | | |
| **Rental Property.** | **Fee simple** | **H** | **61,298.00** | **Unknown** |
| **4016 North Stuart Street Jacksonville, Florida 32209** | | | | |

Sub-Total >     **884,060.00**     (Total of this page)

Total >     **884,060.00**

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Darryl Emery Gordon**           ,    Case No.  _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand.** | **H** | **20.00** |
| | | | **(In Debtor's possession)** | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Wachovia Bank, N.A.** | **H** | **10.00** |
| | | | **Business Checking Account: Wachovia Bank, N.A.** | **H** | **500.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Master bedroom furniture.** | **J** | **500.00** |
| | | | **(At Debtor's residence)** | | |
| | | | **Bedroom # 2 furniture.** | **J** | **500.00** |
| | | | **(At Debtor's residence)** | | |
| | | | **Bedroom # 3 furniture.** | **J** | **200.00** |
| | | | **(At Debtor's residence)** | | |
| | | | **Kitchen furniture; pot's, pans and dinnerware.** | **J** | **200.00** |
| | | | **(At Debtor's residence)** | | |
| | | | **Washer & Dryer.** | **J** | **500.00** |
| | | | **(At Debtor's residence)** | | |
| | | | **Livingroom furniture.** | **J** | **300.00** |
| | | | **(At Debtor's residence)** | | |

Sub-Total >      **2,730.00**
(Total of this page)

  __4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Darryl Emery Gordon** ,                    Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | T.V.'s.  Big screen and small. | J | 350.00 |
| | | (At Debtor's residence) | | |
| | | Stereo system, old album collection. | J | 575.00 |
| | | (At Debtor's residence) | | |
| | | Bedroom # 4 furnishings. | J | 300.00 |
| | | (At Debtor's residence) | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel. | H | 500.00 |
| | | (At Debtor's residence) | | |
| 7. Furs and jewelry. | | Jewelry. | H | 100.00 |
| | | (At Debtor's residence) | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | X Box game, pool table, Handy cam and tread mill, weights and bench, exercise bike. | J | 505.00 |
| | | (At Debtor's residence). | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance policy on Debtor's life provided by employer: | H | 0.00 |
| | | (Death Benefit:  ($100,000.00) | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401-K Plan. | H | 8,000.00 |
| | | Profit-Sharing Plan. | H | 16,000.00 |

Sub-Total >          26,330.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Darryl Emery Gordon**
_____,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Darryl Emery Gordon**                                    ,            Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Toyota Thundra. (At Debtor's residence) | H | 20,000.00 |
| | | 1997 Mitshubishi Galant. (At Debtor's residence) | H | 1,500.00 |
| | | 2005 Toyota Sienna. (At Debtor's residence) | J | 6,000.00 |
| | | 1998 Kawasaki Motorcycle. (At Debtor's residence) | H | 1,500.00 |
| | | 2004 Harley Davidson. (At Debtor's residence) | H | 2,000.00 |
| | | Utility trailer. (At Debtor's residence) | H | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer and Laptop computer, office furniture (At Debtor's residence). | J | 400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >            **32,400.00**
(Total of this page)

Sheet  __3__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Darryl Emery Gordon**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn mower.** | **J** | **50.00** |
| | | **(At Debtor's residence)** | | |
| | | **Furnishings in four rental properties.** | **H** | **1,000.00** |

| | |
|---|---:|
| Sub-Total > (Total of this page) | **1,050.00** |
| Total > | **62,510.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Darryl Emery Gordon**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead Property:** | **11 U.S.C. § 522(b)(3)(B)** | **415,000.00** | **415,000.00** |
| **10603 Wesson Way** | | | |
| **Jacksonville Florida.** | | | |
| **Cash on Hand** | | | |
| **Cash on Hand.** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **20.00** |
| **(In Debtor's possession)** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account:  Wachovia Bank, N.A.** | **Fla. Const. art. X, § 4(a)(2)** | **10.00** | **10.00** |
| **Business Checking Account:  Wachovia Bank, N.A.** | **Fla. Const. art. X, § 4(a)(2)** | **500.00** | **500.00** |
| **Household Goods and Furnishings** | | | |
| **Master bedroom furniture.** | **11 U.S.C. § 522(b)(3)(B)** | **500.00** | **500.00** |
| **(At Debtor's residence)** | | | |
| **Bedroom # 2 furniture.** | **11 U.S.C. § 522(b)(3)(B)** | **500.00** | **500.00** |
| **(At Debtor's residence)** | | | |
| **Bedroom # 3 furniture.** | **11 U.S.C. § 522(b)(3)(B)** | **200.00** | **200.00** |
| **(At Debtor's residence)** | | | |
| **Kitchen furniture; pot's, pans and dinnerware.** | **11 U.S.C. § 522(b)(3)(B)** | **200.00** | **200.00** |
| **(At Debtor's residence)** | | | |
| **Washer & Dryer.** | **11 U.S.C. § 522(b)(3)(B)** | **500.00** | **500.00** |
| **(At Debtor's residence)** | | | |
| **Livingroom furniture.** | **11 U.S.C. § 522(b)(3)(B)** | **300.00** | **300.00** |
| **(At Debtor's residence)** | | | |
| **T.V.'s.  Big screen and small.** | **11 U.S.C. § 522(b)(3)(B)** | **350.00** | **350.00** |
| **(At Debtor's residence)** | | | |
| **Stereo system, old album collection.** | **11 U.S.C. § 522(b)(3)(B)** | **575.00** | **575.00** |
| **(At Debtor's residence)** | | | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Darryl Emery Gordon**                                    ,    Case No. _____
                                    **Debtor**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Bedroom # 4 furnishings.** | **11 U.S.C. § 522(b)(3)(B)** | **300.00** | **300.00** |
| **(At Debtor's residence)** | | | |
| <u>Wearing Apparel</u> **Wearing Apparel.** | **Fla. Const. art. X, § 4(a)(2)** | **470.00** | **500.00** |
| **(At Debtor's residence)** | | | |
| <u>Furs and Jewelry</u> **Jewelry.** | **Fla. Stat. Ann. § 222.25(4)** | **100.00** | **100.00** |
| **(At Debtor's residence)** | | | |
| <u>Firearms and Sports, Photographic and Other Hobby Equipment</u> **X Box game, pool table, Handy cam and tread mill, weights and bench, exercise bike.** | **11 U.S.C. § 522(b)(3)(B)** | **505.00** | **505.00** |
| **(At Debtor's residence).** | | | |
| <u>Interests in Insurance Policies</u> **Life Insurance policy on Debtor's life provided by employer:** | **Fla. Stat. Ann. § 222.14** | **0.00** | **0.00** |
| **(Death Benefit:  ($100,000.00)** | | | |
| <u>Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans</u> **401-K Plan.** | **Fla. Stat. Ann. § 222.21(2)** | **8,000.00** | **8,000.00** |
| **Profit-Sharing Plan.** | **Fla. Stat. Ann. § 222.21(2)** | **16,000.00** | **16,000.00** |
| <u>Automobiles, Trucks, Trailers, and Other Vehicles</u> **1997 Mitsubishi Galant.** | **Fla. Stat. Ann. § 222.25(1)** **Fla. Stat. Ann. § 222.25(4)** | **1,000.00** **500.00** | **1,500.00** |
| **(At Debtor's residence)** | | | |
| **2005 Toyota Sienna.** | **11 U.S.C. § 522(b)(3)(B)** | **6,000.00** | **6,000.00** |
| **(At Debtor's residence)** | | | |
| **1998 Kawasaki Motorcycle.** | **Fla. Stat. Ann. § 222.25(4)** | **1,500.00** | **1,500.00** |
| **(At Debtor's residence)** | | | |
| **2004 Harley Davidson.** | **Fla. Stat. Ann. § 222.25(4)** | **1,900.00** | **2,000.00** |
| **(At Debtor's residence)** | | | |
| <u>Office Equipment, Furnishings and Supplies</u> **Computer and Laptop computer, office furniture** | **11 U.S.C. § 522(b)(3)(B)** | **400.00** | **400.00** |
| **(At Debtor's residence).** | | | |
| | Total: | **455,330.00** | **455,460.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re **Darryl Emery Gordon** , Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.  <br> **Creditor #: 1** <br> **Aurora Loan Services** <br> **10350 Park Meadows Drive** <br> **Littleton, CO 80124** | | | | | **Mortgage** <br><br> **Rental Property:** <br><br> **716 West 21st Street** <br> **Jacksonville, Florida 32206** | | | | | |
| | - | | | | Value $              57,693.00 | | | | 70,000.00 | 12,307.00 |
| Account No.  <br><br> **Auroa Loan Services** <br> **P.O. Box 1706** <br> **Scottsbluff, NE 69363** | | | | | **Representing:** <br> **Aurora Loan Services** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.  <br><br> **Benjamin Ladouceur, Esquire** <br> **5110 Eisenhower Boulevard** <br> **Suite 120** <br> **Tampa, FL 33634** | | | | | **Representing:** <br> **Aurora Loan Services** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.  <br> **Creditor #: 2** <br> **BAC Home Loan** <br> **P.O. Box 650070** <br> **Dallas, TX 75265** | X | | | - | **Mortgage** <br><br> **Homestead Property:** <br><br> **10603 Wesson Way** <br> **Jacksonville Florida.** | | | | | |
| | | | | | Value $            415,000.00 | | | | 415,500.00 | 500.00 |

__4__ continuation sheets attached

Subtotal
(Total of this page)

| 485,500.00 | 12,807.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Darryl Emery Gordon**                                              ,   Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Ashley L. Simon, Esquire** **P.O. Box 800** **1505 North Florida Avenue** **Tampa, FL 33601** | | | Representing: **BAC Home Loan** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **BAC Home Loan** **P.O. Box 5170** **Simi Valley, CA 93062** | | | Representing: **BAC Home Loan** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **Mortgage** | | | | | |
| **Creditor #: 3** **BAC Home Loan** **P.O. Box 650070** **Dallas, TX 75265** | | - | **Rental Property.** **1645 West 24th Street** **Jacksonville, Florida 32209** | | | | | |
| | | | Value $        **53,059.00** | | | | **79,750.00** | **26,691.00** |
| Account No. | | | | | | | | |
| **Greenspoon Marder, P.A.** **Trade Center South, Suite #** **100 West Cypress Creek Road** **Fort Lauderdale, FL 33309** | | | Representing: **BAC Home Loan** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **Mortgage** | | | | | |
| **Creditor #: 4** **BAC Home Loan** **P.O. Box 650070** **Dallas, TX 75265** | | - | **Rental Property.** **1939 West 30th Street** **Jacksonville, Florida 32209** | | | | | |
| | | | Value $        **41,146.00** | | | | **66,300.00** | **25,154.00** |

Sheet   **1**   of   **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **146,050.00**          **51,845.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Darryl Emery Gordon**                                                                ,        Case No. _____
                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br>**Creditor #: 5**<br>**Bank of America Mortgage**<br>**1425 N.W. 62nd Street**<br>**Fort Lauderdale, FL 33309** | - | | | | **Mortgage**<br>**Rental Property.**<br>**4016 North Stuart Street**<br>**Jacksonville, Florida 32209** | | | | | |
| | | | | | Value $            **61,298.00** | | | | **75,000.00** | **13,702.00** |
| Account No.<br>**Bank of America**<br>**P.O. Box 650070**<br>**Dallas, TX 75265** | | | | | **Representing:**<br>**Bank of America Mortgage** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br>**Shapiro & Fishman, LLP**<br>**10004 North Dale Mabry Highw**<br>**Suite 112**<br>**Tampa, FL 33618** | | | | | **Representing:**<br>**Bank of America Mortgage** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br>**Creditor #: 6**<br>**Chase Home Mortgage**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290** | - | | | | **Mortgage**<br>**Rental Property.**<br>**6597 Arancio Drive West**<br>**Jacksonville, Florida 32244** | | | | | |
| | | | | | Value $          **134,198.00** | | | | **135,264.95** | **1,066.95** |
| Account No.<br>**Creditor #: 7**<br>**Chase Home Mortgage**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290** | - | | | | **Mortgage**<br>**Rental Property.**<br>**6832 West Virginia Avenue**<br>**Jacksonville, Florida 32209** | | | | | |
| | | | | | Value $            **52,493.00** | | | | **75,125.00** | **22,632.00** |

Sheet  **2**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **285,389.95** | **37,400.95** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Darryl Emery Gordon_____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Mortgage** | | | | | |
| **Creditor #: 8** **First Franklin Loan Service** **150 Allegheny Center Mall** **Locator #24-040** **Pittsburgh, PA 15212** | - | | | **Rental Property:** **452 East 45th Street** **Jacksonville, Florida 32221** | | | | | |
| | | | | Value $ **69,173.00** | | | | **113,576.86** | **44,403.86** |
| Account No. | | | | | | | | | |
| **First Franklin Loan Service** **P.O. Box 660598** **Locator #24-040** **Dallas, TX 75266** | | | | **Representing:** **First Franklin Loan Service** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **15558L1** | | | | **Automobile Loan** | | | | | |
| **Creditor #: 9** **JM Assoc Federal Credit Unio** **8019 Bayberry Road** **Jacksonville, FL 32256** | | | | **2007 Toyota Thundra.** **(At Debtor's residence)** | | | | | |
| | | | | Value $ **20,000.00** | | | | **23,000.00** | **3,000.00** |
| Account No. | | | | **Rental Property** | | | | | |
| **Creditor #: 10** **Mike Hogan Tax Collector** **117 W. Duval Street** **Suite # 480** **Jacksonville, FL 32202** | - | | | **Rental Property.** **1645 West 24th Street** **Jacksonville, Florida 32209** | | | | | |
| | | | | Value $ **53,059.00** | | | | **79,750.00** | **79,750.00** |
| Account No. | | | | **Rental Property** | | | | | |
| **Creditor #: 11** **Mike Hogan Tax Collector** **117 W. Duval Street** **Suite # 480** **Jacksonville, FL 32202** | - | | | **Rental Property.** **1939 West 30th Street** **Jacksonville, Florida 32209** | | | | | |
| | | | | Value $ **41,146.00** | | | | **66,300.00** | **66,300.00** |

Sheet __3___ of __4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **282,626.86** | **193,453.86** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re __Darryl Emery Gordon_____,    Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No.<br>**Creditor #: 12<br>Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202** | - |  |  | Rental Property<br><br>Rental Property.<br><br>**6832 West Virginia Avenue<br>Jacksonville, Florida 32209** |  |  |  |  |  |
|  |  |  |  | Value $            52,493.00 |  |  |  | 75,125.00 | 75,125.00 |
| Account No.<br>**Creditor #: 13<br>Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202** | - |  |  | Rental Property<br><br>Rental Property.<br><br>**4016 North Stuart Street<br>Jacksonville, Florida 32209** |  |  |  |  |  |
|  |  |  |  | Value $            61,298.00 |  |  |  | 75,000.00 | 75,000.00 |
| Account No.<br>**Creditor #: 14<br>Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202** | - |  |  | Rental Property<br><br>Rental Property:<br><br>**716 West 21st Street<br>Jacksonville, Florida 32206** |  |  |  |  |  |
|  |  |  |  | Value $            57,693.00 |  |  |  | 70,000.00 | 70,000.00 |
| Account No.<br>**Creditor #: 15<br>Mike Hogan Tax Collector<br>117 W. Duval Street<br>Suite # 480<br>Jacksonville, FL 32202** | - |  |  | Rental Property<br><br>Rental Property:<br><br>**452 East 45th Street<br>Jacksonville, Florida 32221** |  |  |  |  |  |
|  |  |  |  | Value $            69,173.00 |  |  |  | 113,576.86 | 113,576.86 |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  | Value $ |  |  |  |  |  |

Sheet __4___ of __4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 333,701.86 | 333,701.86 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,533,268.67 | 629,208.67 |

B6E (Official Form 6E) (4/10)

In re  **Darryl Emery Gordon**                                                            ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Darryl Emery Gordon** _____ ,   Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Internal Revenue Service 400 W. Bay Street Suite # 35045 Jacksonville, FL 32202** | - | | | | | | 4,000.00 | | 0.00 4,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00  4,000.00  4,000.00 |
| | Total (Report on Summary of Schedules) | 0.00  4,000.00  4,000.00 |

B6F (Official Form 6F) (12/07)

In re    **Darryl Emery Gordon**                      ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account No. 1027355169** | | - | | | Phone bill. | | | | |
| **Creditor #: 1** **AT&T Mobile** **P.O. Box 8212** **Aurora, IL 60572** | | | | | | | | | **110.00** |
| Account No. | | | | | | | | | |
| **Afni, Inc.** **P.O. Box 3427** **Bloomington, IL 61702** | | | | | Representing: **AT&T Mobile** | | | | **Notice Only** |
| Account No. | | - | | | Credit card purchase. | | | | |
| **Creditor #: 2** **Bank Card Services** **P.O. Box 94014** **Palatine, IL 60094** | | | | | | | | | **9,600.00** |
| Account No. | | | | | | | | | |
| **Creditors Financial Group** **P.O. Box 440290** **Aurora, CO 80044** | | | | | Representing: **Bank Card Services** | | | | **Notice Only** |
| __6__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | **9,710.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Darryl Emery Gordon** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business credit card purchase. | | | | |
| **Creditor #: 3 Bankcard Service Center P.O. Box 15710 Wilmington, DE 19886** | - | | | | | | | **5,800.00** |
| Account No. | | | | Representing: | | | | |
| **Creditors Financial Group P.O. Box 440290 Aurora, CO 80044** | | | | **Bankcard Service Center** | | | | **Notice Only** |
| Account No. | | | | Medical bill. | | | | |
| **Creditor #: 4 Baptist Medical Center 800 Prudential Drive Jacksonville, FL 32207** | - | | | | | | | **36.00** |
| Account No. | | | | Representing: | | | | |
| **Ar Resources Inc P.O. Box 1056 Blue Bell, PA 19422** | | | | **Baptist Medical Center** | | | | **Notice Only** |
| Account No. | | | | Credit card purchase. | | | | |
| **Creditor #: 5 Beneficial P.O. Box 8873 Virginia Beach, VA 23450** | - | | | | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **5,836.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Darryl Emery Gordon_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 31173200597712 | | | | | Credit card purchase. | | | | |
| Creditor #: 6 Beneficial/Hfc P.O. Box 3425 Buffalo, NY 14240 | | - | | | | | | | 17,000.00 |
| Account No. 40041590 | | | | | Credit card purchase. | | | | |
| Creditor #: 7 Bright House Network | | - | | | | | | | 409.00 |
| Account No. | | | | | | | | | |
| Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | | | | Representing: Bright House Network | | | | Notice Only |
| Account No. 411507700376 | | | | | Credit card purchase. | | | | |
| Creditor #: 8 Capital One P.O. Box 71083 Charlotte, NC 28272 | | - | | | | | | | 850.00 |
| Account No. | | | | | Credit card purchase. | | | | |
| Creditor #: 9 Chase P.O. Box 15153 Wilmington, DE 19886 | | - | | | | | | | 4,900.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 23,159.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darryl Emery Gordon** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23305464** | | | Cable bill. | | | | |
| **Creditor #: 10**<br>**Comcast**<br>**6654 Fort Caroline Road**<br>**Jacksonville, FL 32277** | - | | | | | | 138.00 |
| Account No. | | | | | | | |
| **Collection**<br>**94 Wells Avenue**<br>**Newton, MA 02166** | | | Representing:<br>Comcast | | | | Notice Only |
| Account No. **03050960001836634** | | | Medical bill. | | | | |
| **Creditor #: 11**<br>**Consolidated Laboratories**<br>**CLS 1000 Riverside Avenue**<br>**Suite 300**<br>**Jacksonville, FL 32204** | - | | | | | | 81.00 |
| Account No. | | | | | | | |
| **M J Altman Companies I**<br>**112 E Fort King Street**<br>**Ocala, FL 34471** | | | Representing:<br>Consolidated Laboratories | | | | Notice Only |
| Account No. | | | Medical bill. | | | | |
| **Creditor #: 12**<br>**Frost-Arnett Company**<br>**P.O. Box 198988**<br>**Nashville, TN 37219** | - | | | | | | 3,118.00 |

Sheet no. __**3**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,337.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Darryl Emery Gordon__ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **81170003** | | | | **Medical bill.** | | | | |
| Creditor #: 13<br>**Healthcares Coop Cu**<br>**9790 Touchton Road**<br>**Jacksonville, FL 32246** | - | | | | | | | 2,293.00 |
| Account No. **81170001** | | | | **Medical bill.** | | | | |
| Creditor #: 14<br>**Healthcares Coop Cu**<br>**9790 Touchton Road**<br>**Jacksonville, FL 32246** | - | | | | | | | 2,061.00 |
| Account No. **9502526** | | | | **Medical bill.** | | | | |
| Creditor #: 15<br>**North Florida Anesthesia**<br>**4567 St. Johns Bluff Road S.**<br>**Jacksonville, FL 32224** | - | | | | | | | 2,723.00 |
| Account No. | | | | **Representing:**<br>**North Florida Anesthesia** | | | | |
| **Fac/Nab**<br>**480 James Robertson Parkway**<br>**Nashville, TN 37219** | | | | | | | | **Notice Only** |
| Account No. **13863640** | | | | **Medical bill.** | | | | |
| Creditor #: 16<br>**North Florida Anesthesia**<br>**4567 St. Johns Bluff Road S.**<br>**Jacksonville, FL 32224** | - | | | | | | | 355.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,432.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darryl Emery Gordon**                                                    ,        Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Fac/Nab** 480 James Robertson Parkway Nashville, TN 37219 | | | | Representing: **North Florida Anesthesia** | | | | **Notice Only** |
| Account No. **10351412** **Creditor #: 17** St. Vincent Electrocardiogra 1 Shircliff Way Jacksonville, FL 32204 | | - | | Medical bill. | | | | **25.00** |
| Account No. **Ffcc-Colmbus** Po Box 20790 Columbus, OH 43220 | | | | Representing: **St. Vincent Electrocardiogra** | | | | **Notice Only** |
| Account No. **28730419** **Creditor #: 18** St. Vincent's Medical Center P.O. Box 45167 Jacksonville, FL 32232 | | - | | Medical bill. | | | | **65.00** |
| Account No. **Amcol Systems Inc** 111 Lancewood Road Columbia, SC 29210 | | | | Representing: **St. Vincent's Medical Center** | | | | **Notice Only** |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **90.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Darryl Emery Gordon_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4425050005053925** | | | **Credit card purchase.** | | | | |
| **Creditor #: 19**<br>**Suntrust Bank**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | - | | | | | | **7,600.00** |
| Account No. | | | | | | | |
| **Reginal Adjustment Bureau**<br>**P.O. Box 34111**<br>**Cordova, TN 38016** | | | **Representing:**<br>**Suntrust Bank** | | | | **Notice Only** |
| Account No. | | | **Credit card purchase.** | | | | |
| **Creditor #: 20**<br>**Wells Fargo Card**<br>**P.O. Box 66041**<br>**Dallas, TX 75266** | - | | | | | | **6,300.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __6___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **13,900.00**

Total<br>(Report on Summary of Schedules)    **63,464.00**

B6G (Official Form 6G) (12/07)

.

In re    **Darryl Emery Gordon**                        ,      Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Darryl Emery Gordon**                                          ,    Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Patricia Gordon**<br>**10603 Wessen Way**<br>**Jacksonville, FL 32221** | **BAC Home Loan**<br>**P.O. Box 650070**<br>**Dallas, TX 75265** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Darryl Emery Gordon**                                                Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**10**<br>**13** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | **Clerk** |
| Name of Employer | **Southeast Toyota** | **Blue Cross & Blue Shield** |
| How long employed | **7 Years** | **27 Years** |
| Address of Employer | **P.O. Box 91326**<br>**Jacksonville, FL 32221** | **4800 Deerwood Campus Pkwy**<br>**P.O. Box 45055**<br>**Jacksonville, FL 32246** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **9,039.53** | $ | **2,269.32** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **9,039.53** | $ | **2,269.32** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **2,059.87** | $ | **244.38** |
|     b.  Insurance | $ | **121.53** | $ | **305.26** |
|     c.  Union dues | $ | **0.00** | $ | **0.00** |
|     d.  Other (Specify)      **See Detailed Income Attachment** | $ | **373.93** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,555.33** | $ | **549.64** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **6,484.20** | $ | **1,719.68** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **5,678.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **5,678.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **12,162.20** | $ | **1,719.68** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | **13,881.88** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Wife's employment at Blue Cross Blue Shield will be terminated in January, 2011.**

**B6I (Official Form 6I) (12/07)**

In re   **Darryl Emery Gordon** _____     Case No. _____

                                                   Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **401-K Plan** | $ **108.33** | $ **0.00** |
| **401-K Loan Repayment** | $ **258.38** | $ **0.00** |
| **Long Term Disability** | $ **7.22** | $ **0.00** |
| **Total Other Payroll Deductions** | $ **373.93** | $ **0.00** |

B6J (Official Form 6J) (12/07)

In re  **Darryl Emery Gordon**                                    Case No. _____
_____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,300.00 |
| a. Are real estate taxes included?            Yes ___      No **X** | | |
| b. Is property insurance included?            Yes ___      No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 500.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **Phone, Cable & Internet** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 200.00 |
| d. Auto | $ | 140.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 520.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 2,000.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,460.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 13,881.88 |
| b.  Average monthly expenses from Line 18 above | $ | 8,460.00 |
| c.  Monthly net income (a. minus b.) | $ | 5,421.88 |

**B6J (Official Form 6J) (12/07)**

In re   **Darryl Emery Gordon**                    Case No. _____

                            Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| Children Schooling Expenses | $ | 250.00 |
| Misc. Household Expenses | $ | 150.00 |
| Montly Utility Bills for Rental Properties | $ | 1,600.00 |
| **Total Other Expenditures** | $ | **2,000.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re    **Darryl Emery Gordon**
_____    Case No. _____
                              Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  2, 2010**_____        Signature    **/s/ Darryl Emery Gordon**_____
                                                      **Darryl Emery Gordon**
                                                      Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re   **Darryl Emery Gordon**                             Case No.

                                               Debtor(s)         Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$83,240.87** | **Employment - 2010** |
| **$47,979.00** | **Employment - 2009** |
| **$49,055.00** | **Employment - 2008** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE
**$5,678.00**            **Average Monthly rental income.**

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Aurora Loan Services, LLC Vs. Darryl Emery Gordon, et al Case. No. 16-2010-CA-009605** | **Mortgage Foreclosure** | **Circuit Court in and for Duval County** | |
| **Bank of America, National Association Vs. Darryl E. Gordon Case No. 2010-CA-002825** | **Mortgage Foreclosure** | **Circuit Court in and for Duval County** | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BAC Home Loans Servicing, L.P. Vs. Darryl E. Gordon, SR. and Patricia A. Gordon, et al. Case No. 16-2010-CA-005515** | **Mortgage Foreclosure** | **Circuit Court in and for Duval County** | |
| **The Bank of New York Mellon Vs. Darryl Gordon Case No.: 16-2010-CA-011998** | **Mortgage Foreclosure** | **Circuit Court in and for Duval County Florida** | |
| **U.S. Bank, National Association Vs. Darryl Gordon, et al Case No.: 16-2010-CA-010437** | **Mortgage Forclosure** | **Circuit Court in and for Duval County Florida** | |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bankruptcy Law Offices of Rehan N. Khawaja 817 North Main Street Jacksonville, FL 32202** | **July 7, 2010** | **$2,114.00** |
| **Bankruptcy Law Offices of Rehan N. Khawaja 817 North Main Street Jacksonville, FL 32202** | **July 9, 2010** | **$2,900.00** |
| **Bankruptcy Law Offices of Rehan N. Khawaja 817 North Main Street Jacksonville, FL 32202** | **August 16, 2010** | **$5,000.00** |
| **Bankruptcy Law Offices of Rehan N. Khawaja 817 North Main Street Jacksonville, FL 32202** | **September 13, 2010** | **$1,200.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                 AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                        VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **December  2, 2010**                    Signature    **/s/ Darryl Emery Gordon**

                                                            **Darryl Emery Gordon**
                                                            Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re  **Darryl Emery Gordon**                              Case No.
                          Debtor(s)               Chapter        **11**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Darryl Emery Gordon** | X **/s/ Darryl Emery Gordon** | **December  2, 2010** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Middle District of Florida, Jacksonville Division

In re    **Darryl Emery Gordon**      Case No.
                Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **December  2, 2010**        **/s/ Darryl Emery Gordon**

                                      **Darryl Emery Gordon**
                                      Signature of Debtor

Darryl Emery Gordon
10603 Wesson Way
Jacksonville, FL 32221

BAC Home Loan
P.O. Box 650070
Dallas, TX 75265

Benjamin Ladouceur, Esquire
5110 Eisenhower Boulevard
Suite 120
Tampa, FL 33634

Rehan N. Khawaja, Esquire FL
Bankruptcy Law Offices of
Rehan N. Khawaja
817 North Main Street
Jacksonville, FL 32202

BAC Home Loan
P.O. Box 5170
Simi Valley, CA 93062

Bright House Network

Afni, Inc.
P.O. Box 3427
Bloomington, IL 61702

Bank Card Services
P.O. Box 94014
Palatine, IL 60094

Capital One
P.O. Box 71083
Charlotte, NC 28272

Amcol Systems Inc
111 Lancewood Road
Columbia, SC 29210

Bank of America
P.O. Box 650070
Dallas, TX 75265

Chase
P.O. Box 15153
Wilmington, DE 19886

Ar Resources Inc
P.O. Box 1056
Blue Bell, PA 19422

Bank of America Mortgage
1425 N.W. 62nd Street
Fort Lauderdale, FL 33309

Chase Home Mortgage
P.O. Box 9001871
Louisville, KY 40290

Ashley L. Simon, Esquire
P.O. Box 800
1505 North Florida Avenue
Tampa, FL 33601

Bankcard Service Center
P.O. Box 15710
Wilmington, DE 19886

Collection
94 Wells Avenue
Newton, MA 02166

AT&T Mobile
P.O. Box 8212
Aurora, IL 60572

Baptist Medical Center
800 Prudential Drive
Jacksonville, FL 32207

Comcast
6654 Fort Caroline Road
Jacksonville, FL 32277

Auroa Loan Services
P.O. Box 1706
Scottsbluff, NE 69363

Beneficial
P.O. Box 8873
Virginia Beach, VA 23450

Consolidated Laboratories
CLS 1000 Riverside Avenue
Suite 300
Jacksonville, FL 32204

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

Beneficial/Hfc
P.O. Box 3425
Buffalo, NY 14240

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Creditors Financial Group
P.O. Box 440290
Aurora, CO 80044

JM Assoc Federal Credit Unio
8019 Bayberry Road
Jacksonville, FL 32256

Suntrust Bank
7455 Chancellor Drive
Orlando, FL 32809

Fac/Nab
480 James Robertson Parkway
Nashville, TN 37219

M J Altman Companies I
112 E Fort King Street
Ocala, FL 34471

Wells Fargo Card
P.O. Box 66041
Dallas, TX 75266

Ffcc-Colmbus
Po Box 20790
Columbus, OH 43220

Mike Hogan Tax Collector
117 W. Duval Street
Suite # 480
Jacksonville, FL 32202

First Franklin Loan Service
150 Allegheny Center Mall
Locator #24-040
Pittsburgh, PA 15212

North Florida Anesthesia
4567 St. Johns Bluff Road S.
Jacksonville, FL 32224

First Franklin Loan Service
P.O. Box 660598
Locator #24-040
Dallas, TX 75266

Patricia Gordon
10603 Wessen Way
Jacksonville, FL 32221

Frost-Arnett Company
P.O. Box 198988
Nashville, TN 37219

Reginal Adjustment Bureau
P.O. Box 34111
Cordova, TN 38016

Greenspoon Marder, P.A.
Trade Center South, Suite #
100 West Cypress Creek Road
Fort Lauderdale, FL 33309

Shapiro & Fishman, LLP
10004 North Dale Mabry Highw
Suite 112
Tampa, FL 33618

Healthcares Coop Cu
9790 Touchton Road
Jacksonville, FL 32246

St. Vincent Electrocardiogra
1 Shircliff Way
Jacksonville, FL 32204

Internal Revenue Service
400 W. Bay Street
Suite # 35045
Jacksonville, FL 32202

St. Vincent's Medical Center
P.O. Box 45167
Jacksonville, FL 32232

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re  **Darryl Emery Gordon**                                    Case No.
                                    Debtor(s)          Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■          Debtor          ☐          Other (specify):

3.  The source of compensation to be paid to me is:

   ■          Debtor          ☐          Other (specify):

4.  ■          I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December  2, 2010**                    **/s/ Rehan N. Khawaja, Esquire FL**
                                    **Rehan N. Khawaja, Esquire FL 0064025**
                                    **Bankruptcy Law Offices of**
                                    **Rehan N. Khawaja**
                                    **817 North Main Street**
                                    **Jacksonville, FL 32202**
                                    **(904) 355-8055  Fax: (904) 355-8058**
                                    **khawaja@fla-bankruptcy.com**

---

B22B (Official Form 22B) (Chapter 11) (12/10)

In re **Darryl Emery Gordon**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ **7,837.30** | $ **2,269.32** |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $ **0.00** | $ **0.00** |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ **0.00** | $ **0.00** |
| 5 | **Interest, dividends, and royalties.** | $ **0.00** | $ **0.00** |
| 6 | **Pension and retirement income.** | $ **0.00** | $ **0.00** |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ **0.00** | $ **0.00** |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 / Spouse $ 0.00 | $ **0.00** | $ **0.00** |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ / Spouse $<br>b. — Debtor $ / Spouse $ | $ **0.00** | $ **0.00** |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                              2

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ | **7,837.30** | $ | **2,269.32** |
|----|---|---|---|---|---|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | **10,106.62** |

| | **Part II. VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*  <br><br> Date:  __December  2, 2010__         Signature:  **/s/ Darryl Emery Gordon**  <br><br> **Darryl Emery Gordon** <br> (Debtor) |