UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

DARRYL EMERY GORDON,

CASE NO.: 10-10454-3G1

Debtor.

## DEBTOR'S MOTION TO CONFIRM PLAN PURSUANT TO 11 U.S.C. § 1129(b) AS TO CLASS NO. 2 - BAC HOME LOAN SERVICING

**COMES NOW**, the Debtor, **DARRYL EMERY GORDON**, by and through his undersigned attorney, and pursuant to 11 U.S.C.§ 1129(b) requests this Honorable Court to confirm his Plan of Reorganization notwithstanding the non-acceptance by Class No. 2, bac Home Loan Servicing, and in support of the motion states as follows:

1. Debtor filed a Plan of Reorganization dated May 26, 2011, which was amended in open Court on November 29, 2011.

2. A confirmation hearing was held on November 29, 2011. At that time, the Debtor demonstrated that all requirements for confirmation had been shown except that all classes of claims had not accepted the Plan.

3. Class No. 2 the secured claim of BAC Home Loan Servicing, did not accept the Plan of Reorganization. This class is impaired.

4. The holder of this Class holds a lien on Debtor's homestead property. The Plan of Reorganization provides for regular monthly payments on the mortgage and cure pre and post petition arrearages over 120 months.

1

6. The treatment to Class No. 2 is fair and equitable because this Creditor will retain its lien up to the value of their interest in the collateral and will receive deferred cash payments of at least the value of such holder's interest in the estate's interest in such property.

7. Class No. 2 is treated like other similarly situated creditors, therefore, the Plan of Reorganization does not unfairly discriminate this Creditor.

**WHEREFORE,** the Debtor, **DARRYL EMERY GORDON,** respectfully requests this Honorable Court to enter an order confirming the Plan of Reorganization despite the non-acceptance of Class No. 2.

DATED: This 13th day of January, 2012.

/s/ Rehan N. Khawaja
REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904) 355-8055
Facsimile: (904) 355-8058

Attorney for Debtor in Possession

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by the United States Mail as per the attached Matrix, on this the 13th January, 2012.

*/s/ Rehan N. Khawaja*
REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:   (904) 355-8055
Facsimile:   (904) 355-8058

Attorney for Debtor in Possession

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-10454-PMG<br>Middle District of Florida<br>Jacksonville<br>Wed Jan 11 13:09:47 EST 2012 | BAC Home Loans Servicing, LP, c/o Prober & R<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | Bank of America N.A.<br>c/o Steven G. Powrozek<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd<br>Suite 100<br>Tampa, FL 33614-2429 |
| Chase Home Finanace LLC<br>c/o Nicole M Mariani<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Chase Home Finance, LLC<br>c/o Mr. Chad Prelog<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256-6851 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Darryl Emery Gordon<br>10603 Wesson Way<br>Jacksonville, FL 32221-3112 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JM Associates Federal Credit Union<br>c/o Elba Serrano-Torres<br>P.O. Box 4128<br>Tallahassee, FL 32315-4128 | Rehan N. Khawaja<br>817 North Main Street<br>Jacksonville, FL 32202-3094 | AT&T Mobile<br>P.O. Box 8212<br>Aurora, IL 60572-8212 |
| Afni, Inc.<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | Amcol Systems Inc<br>111 Lancewood Road<br>Columbia, SC 29210-7523 | Ar Resources Inc<br>P.O. Box 1056<br>Blue Bell, PA 19422-0287 |
| Ashley L. Simon, Esquire<br>P.O. Box 800<br>1505 North Florida Avenue<br>Tampa, FL 33602-2613 | Auroa Loan Services<br>P.O. Box 1706<br>Scottsbluff, NE 69363-1706 | Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton, CO 80124-6800 |
| Aurora Loan Services<br>Customer Service Research<br>P O Box 1706<br>Scottsbluff, NE 69363-1706 | Aurora Loan Services, LLC<br>Mark Peery<br>9409 Philadelphia Road<br>Baltimore MD 21237-4103 | Aurora Loan Services, LLC<br>P. O. Box 5180<br>Attn: Cashiering<br>Denver, CO 80217-5180 |
| BAC Home Loan<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | BAC Home Loan<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | BAC Home Loan Servicing, LP<br>Bankruptcy Dept<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 |
| BAC Home Loans Servicing, L.P.<br>C/o Brad W. Hissing, Esq.<br>PO Box 800<br>Tampa, FL 33601-0800 | BAC Home Loans Servicing, LP<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 | BAC Home Loans Servicing, LP<br>Bk. Dept., Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 |
| BAC Home Loans Servicing, LP<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | Bank Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Bank of America<br>P.O. Box 650070<br>Dallas, TX 75265-0070 |

| | | |
|---|---|---|
| Bank of America Mortgage<br>1425 N.W. 62nd Street<br>Fort Lauderdale, FL 33309-1990 | Bank of America, N.A.<br>P O Box 982238<br>El Paso, TX 79998-2238 | Bankcard Service Center<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 |
| Baptist Medical Center<br>800 Prudential Drive<br>Jacksonville, FL 32207-8211 | Beneficial<br>P.O. Box 8873<br>Virginia Beach, VA 23450-8873 | Beneficial/Hfc<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 |
| Benjamin Ladouceur, Esquire<br>5110 Eisenhower Boulevard<br>Suite 120<br>Tampa, FL 33634-6338 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Home Finance LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Chase Home Finance LLC<br>P O Box 24696<br>Columbus, OH 43224-0696 | Chase Home Finance, LLC<br>c/o Ben Ezra & Katz, PA<br>2901 Stirling Rd., Ste 300<br>Ft. Lauderdale FL 33312-6529 | Chase Home Finance, LLC<br>c/o Monica Reyes<br>2901 Stirling Road Suite 300<br>Fort Lauderdale, FL 33312-6529 |
| Chase Home Finance, LLC<br>c/o Nicole M Mariani<br>POB 800<br>Tampa Fl 33601-0800 | Chase Home Mortgage<br>P.O. Box 9001871<br>Louisville, KY 40290-1871 | Collection<br>94 Wells Avenue<br>Newton, MA 02459 |
| Comcast<br>5934 Richard Street<br>Jacksonville FL 32216-5951 | Consolidated Laboratories<br>1201 Monument Road, Suite 303<br>Jacksonville FL 32225-6494 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Creditors Financial Group<br>P.O. Box 440290<br>Aurora, CO 80044-1500 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Fac/Nab<br>480 James Robertson Parkway<br>Nashville, TN 37219-1212 |
| Ffcc-Colmbus<br>Po Box 20790<br>Columbus, OH 43220-0790 | First Franklin Loan Service<br>150 Allegheny Center Mall<br>Locator #24-040<br>Pittsburgh, PA 15212-5335 | First Franklin Loan Service<br>P.O. Box 660598<br>Locator #24-040<br>Dallas, TX 75266-0598 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Frost Arnett Agt for North FL Anesthesia Con<br>PO Box 198988<br>Nashville, TN 37219-8988 | Frost-Arnett Company<br>P.O. Box 198988<br>Nashville, TN 37219-8988 |

Greenspoon Marder, P.A.
Trade Center South, Suite #
100 West Cypress Creek Road
Fort Lauderdale, FL 33309-2181

Healthcares Coop Cu
9790 Touchton Road
Jacksonville, FL 32246-8227

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JM Assoc Federal Credit Unio
8019 Bayberry Road
Jacksonville, FL 32256-4431

M J Altman Companies I
112 E Fort King Street
Ocala, FL 34471-2123

Mike Hogan Tax Collector
117 W. Duval Street
Suite # 480
Jacksonville, FL 32202-5721


North Florida Anesthesia
2165 Herschel Street
Jacksonville, FL 32204-3819

Patricia Gordon
10603 Wessen Way
Jacksonville, FL 32221-3112

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Regional Adjustment Bureau
7000 Goodlett Parkway, Ste 501
Cordova TN 38016-4917

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Shapiro & Fishman, LLP
4630 Woodland Corp. Blvd Ste 100
Tampa FL 33614-2429


St. Vincent Electrocardiogra
1 Shircliff Way
Jacksonville, FL 32204-4748

St. Vincent's Medical Center
P.O. Box 45167
Jacksonville, FL 32232-5167

Suntrust Bank
7455 Chancellor Drive
Orlando, FL 32809-6213


U.S. Securities & Exchange Commission
Reorganization Branch, Atlanta
3475 Lenox Rd., NE, Ste. 1000
Atlanta, GA 30326-3235

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Attorney
300 North Hogan Street, Room 700
Jacksonville FL 32202-4204


Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310

Wells Fargo Card
P.O. Box 66041
Dallas, TX 75266

Brad W. Hissing +
Kass Shuler Solomon Spector Foyle et al
PO Box 800
Tampa, FL 33601-0800


United States Trustee - JAX 11 +
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

Steven G Powrozek +
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd
Suite 100
Tampa, FL 33614-2429

Timothy S Laffredi +
135 West Central Blvd Suite 620
Orlando, FL 32801-2476


Elba N Serrano-Torres +
Williams Gautier
Post Office Box 4128
Tallahassee, FL 32315-4128

Kevin L Hing +
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

Robert M Peery +
Morris Hardwick Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221-3124


Nicole M Mariani +
Kass, Shuler, Solomon, Spector, etal
PO Box 800
Tampa, FL 33601-0800

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>400 W. Bay Street<br>Suite # 35045<br>Jacksonville, FL 32202 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Aurora Loan Services, LLC | (u)BAC Home Loans Servicing, L.P. | (u)Chase Home Finance, LLC |
| (u)Paul M. Glenn<br>Jacksonville | (d)Bank of America N.A.<br>c/o Steven G. Powrozek<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd Ste 100<br>Tampa, FL 33614-2429 | (u)Bright House Network |
| (d)JM Associates Federal Credit Union<br>c/o Elba Serrano-Torres<br>P.O. Box 4128<br>Tallahassee, FL 32315-4128 | (d)Rehan N. Khawaja +<br>817 North Main Street<br>Jacksonville, FL 32202-3028 | End of Label Matrix<br>Mailable recipients   87<br>Bypassed recipients    8<br>Total                 95 |