UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

DARRYL EMERY GORDON,

CASE NO.: 10-bk-10454-3G1

Debtor.
_____

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

**THIS CASE** came before the Court upon Motion for Relief from Automatic Stay filed by Bank of America, National Association, [Doc. No. 160]. Upon Movant's failure to prosecute the motion on the hearing scheduled at 10:00 A.M. on April 21, 2014, it is therefore

**ORDERED:**

1.    Motion for Relief from Automatic Stay filed by Bank of America, National Association, is denied.

DONE and ORDERED in Jacksonville, Florida, this 6th day of May, 2014

_____
**PAUL M. GLENN**
United States Bankruptcy Judge

Attorney Rehan N. Khawaja is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

**COPIES TO:**

**United States Trustee**
400 West Washington Street
Room # 1100
Orlando, Florida 32801

**Rehan N. Khawaja, Esquire**
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202-3094

**Alice Blanco, Esquire**
Aldridge Connors, LLP.
3575 Piedmont Road, N.E.
Suite # 500
Atlanta, Georgia 30305