## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

DARRYL E. GORDON,

CASE NO.: 10-10454-3G1

Debtors.

## MOTION FOR COURT'S APPROVAL
## OF PERMANENT LOAN MODIFICATION WITH OCWEN LOAN SERVICING, LLC
### (4016 North Stuart Street, North, Jacksonville, Florida)

**COMES NOW** the Debtor, **DARRYL E. GORDON,** by and through his undersigned

attorney, and moves this Honorable Court to approve the permanent loan modification, and in

support thereof would show the following:

1.      The Debtor filed bankruptcy petition under Chapter 11 of the bankruptcy code on

December 2, 2010.

2.      Ocwen Loan Servicing, LLC holds a mortgage on Debtor's real property located

at 4016 Stuart Street, North, Jacksonville, Florida, **Last four of Investor Loan Number: 9308**.

3.      Ocwen Loan Servicing, LLC has offered the Debtor a permanent loan

modification of his mortgage, pursuant to which the monthly mortgage payments on his

mortgage will be reduced to **$143.31**. A copy of the said loan modification is attached herewith

as Exhibit "A."

4.      By entering into the loan modification, Debtor would be able to afford the

mortgage payments on his real property.

**WHEREFORE,** the Debtor, **DARRYL E. GORDON,** hereby requests this Honorable

1

Court to approve the mortgage modification as it is in the best interest of all interested parties.

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:     (904) 355-8055
Facsimile:      (904) 355-8058
E-Mail:          khawaja@fla-bankruptcy.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the foregoing was furnished to **Ocwen Loan Servicing, LLC.,** c/o Alice Blanco, Esquire, Aldridge Connors LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite # 500, Atlanta, Georgia 30305; **Ocwen Loan Servicing, LLC.,** Bankruptcy Loss Mitigation, 3451 Hammond Avenue, Waterloo, IA 50702 and **United States Trustee**, 400 West Washington Street, Suite # 1100, Orlando, Florida 32801, (at their regular place of business), by United States Mail or Electronic Mail, this __12th__ day of May, 2015.

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:     (904) 355-8055
Facsimile:      (904) 355-8058
E-Mail:          khawaja@fla-bankruptcy.com

Attorney for Debtor

**Exhibit "A"**



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners Is What We Do! ™*

**We are here to help you!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

**Investor Loan #** _7130579308_

**After Recording Return To:**
Ocwen Loan Servicing, LLC
Attn: Modification Processing
PO Box 24737
West Palm Beach, FL 33416-9838

This document was prepared by _Ocwen Loan Servicing, LLC._

_____[Space Above This Line For Recording Data]_____

### Non-HAMP Loan Modification Agreement

Loan Modification Agreement ("Agreement") made this 3/13/2015 between Darryl E Gordon ("Borrower") and Ocwen Loan Servicing, LLC Lender/Servicer or Agent for Lender/Servicer ("Lender") amends and supplements that certain promissory note ("Note") dated 5/9/2008 in the original principal sum of $76,000.00 executed by Borrower. The Note is secured by a Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument"), dated the same date as the Note, in the real property records of Duval County, FL. Said Security Instrument covers the real and personal property described in such Security Instrument (the "Property") located at 4016 Stuart St N, Jacksonville, FL 32209, which real property is more particularly described as follows:

**(Legal Description Attached If Applicable for Recording Only)**

Borrower acknowledges that Lender is the legal holder and the owner, or agent/servicer for the legal holder and owner, of the Note and Security Instrument and further acknowledges that if Lender transfers the Note, as amended by this Agreement, the transferee shall be the Lender as defined in this Agreement.

Borrower has requested, and Lender has agreed, to extend or rearrange the time and manner of payment of the Note and to extend and carry forward the lien(s) on the Property whether or not created by the Security Instrument.

Now, therefore, in consideration of the mutual promises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1.  Borrower acknowledges that as of the Effective Date, the amount payable under the Note and Security Instrument (the "New Principal Balance") is $14,500.00 consisting of the unpaid principal amount(s) loaned to Borrower, plus any unpaid interest and other advances made on Borrower's behalf that were added to the principal balance, and includes a debt forgiveness in the amount of $51,033.97.

2.  The Maturity Date is 6/1/2043.

3.  Interest will be charged on the unpaid New Principal Balance until the unpaid principal has been paid in full. Interest shall be paid at the rate of 2.00000% from 3/1/2015 until the loan is paid off which includes but is not limited to when any interest in the underlying property is either sold or transferred, the loan is refinanced, or when the last scheduled payment is due.

4.  Monthly principal and interest payments of $ 56.15, shall be made beginning on 4/1/2015, and continuing thereafter on the same day of each succeeding month, according to the Payment Schedule below, until all principal and interest is paid in full. The amounts indicated in this paragraph do not include any required escrow payments for items such as hazard

**Notice Regarding Bankruptcy:** Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do! ™*

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

insurance or property taxes; if such escrow payments are required, the monthly payments will be higher and may change as the amounts required for escrow items change.

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1 - Maturity | 2.00000% | 3/1/2015 | $ 56.15 | $ 87.16, adjusts annually after year 1 | $ 143.31, adjusts annually after year 1 | 4/1/2015 | 338 |

\* The escrow payment may be adjusted periodically in accordance with applicable law due to changes in property taxes, insurance amounts, or other escrow expenses. Therefore, the total monthly payment may change accordingly. We will provide a notification of any adjustments to the total monthly payment. The escrow payment amount shown is based on current data and represents a reasonable estimate of expenditures for future escrow obligations; however, escrow payments may be adjusted periodically in accordance with applicable law.

5.   If on 6/1/2043 (the "Maturity Date") any amounts are still owed under the Note and Security, these amounts will be paid in full on that date.

6.   If Lender has not received the full amount of any monthly payment within the grace period provided for in the original Note or as otherwise provided for by law, a late payment fee will be applied to the account to be paid to Lender in an amount calculated based on the late charge percentage provided for in the original Note, or as otherwise provided for by law, and the monthly payment required under this Agreement, with a maximum as provided for in the Note, or otherwise provided by law. This late charge will be promptly paid, but only once on each late payment. The late charge is not in lieu of any other remedy of Lender, including any default remedy.

7.   It is the intention of the parties that all liens and security interests described in the Security Instrument are hereby renewed and extended (if the Maturity Date of the original Note has been changed) until the indebtedness evidenced by the Note and this Agreement has been fully paid. Lender and Borrower acknowledge and agree that such renewal, amendment, modification, rearrangement, or extension (if applicable) shall in no manner affect or impair the Note or liens and security interests securing same, the purpose of this Agreement being simply to modify, amend, rearrange, or extend (if applicable) the time and the manner of payment of the Note and indebtedness evidenced thereby, and to carry forward all liens and security interests securing the Note, which are expressly acknowledged by Borrower to be valid and subsisting, and in full force and effect so as to fully secure the payment of the Note.

8.   If all or any part of the Property or any interest in it is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by the Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by applicable law. If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which all sums secured by this Security Instrument must be paid. If these sums are not paid prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower. For purposes of this paragraph, "interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed,

Notice Regarding Bankruptcy:  Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt.  If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay.  If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally.  Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

contract for deed, installment sales contract or escrow agreement, the intent of which is transfer of title by Borrower at a future date to a purchaser.

9. As amended hereby, the provisions of the Note and Security Instrument shall continue in full force and effect. In the event of any inconsistency between this Agreement and the terms of the Note and Security Instrument, this Agreement shall govern. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement, including but not limited to and, if not contrary to any Order of Court, such as an Order of Discharge issued by a Bankruptcy Court, in the case of the Borrower, the obligation to pay items such as taxes, insurance premiums or escrow items, as applicable. Any default in the performance of the obligations herein contained shall constitute a default under the Note and Security Instrument, and shall allow Lender to exercise all of its remedies set forth in said Security Instrument.

10. Lender does not, by its execution of this Agreement, waive any rights it may have against any person not a party hereto. This Agreement may be executed in multiple counterparts, each of which shall constitute an original instrument, but all of which shall constitute one and the same Agreement.

11. Borrower agrees to execute such other and further documents as may be reasonably necessary to consummate the transactions contemplated herein or to perfect the liens and security interests intended to secure the payment of the loan evidenced by the Note. Borrower will execute such other documents as may be reasonably necessary to correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. Borrower understands that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If Borrower elects not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement. Borrower agrees to deliver any such corrective documents within ten (10) days after Borrower receives the Lender's written request for such replacement.

12. Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked.

13. Severability: Whenever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be or become prohibited or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity without invalidating the remainder of such provision or the remaining provisions of this Agreement.

EACH OF THE BORROWER(S) AND THE LENDER ACKNOWLEDGE THAT NO REPRESENTATIONS, AGREEMENTS OR PROMISES WERE MADE BY THE OTHER PARTY OR ANY OF ITS REPRESENTATIVES OTHER THAN THOSE REPRESENTATIONS, AGREEMENTS OR PROMISES SPECIFICALLY CONTAINED HEREIN. THIS AGREEMENT, AND THE NOTE AND SECURITY INSTRUMENT (AS AMENDED HEREBY) SETS FORTH THE ENTIRE UNDERSTANDING BETWEEN THE PARTIES. THERE ARE NO UNWRITTEN AGREEMENTS BETWEEN THE PARTIES.

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
**Call toll-free (800) 746-2936**
Mon – Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

[ ]   If this box is checked, Borrower(s) signature must be notarized.

In Witness Whereof, the Servicer and I have executed this Agreement.

Darryl E. Gordon
by Patricia A. Gordon, P.O.A.     3 , 24 , 15    Date
                                              /6.
Darryl E Gordon

State of FL
County of   DUVAL

On   March 24, 2015   before   me,   DIANE  C. APACIBLE   personally   appeared
~~PATRICIA ANN GORDON~~
PATRICIA ANN GORDON  , who proved to me on the basis of satisfactory evidence to be
the person(s) whose name is subscribed to the within instrument and acknowledged before me that he/she executed the
foregoing instrument in his/her authorized capacity, and that by his/her signature(s) on the instrument the person, or the entity
upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of FL that the foregoing paragraph is true and correct. WITNESS
my hand and official seal.

Signature   DCApauble   (Seal)

Print Name:  D. C. APACIBLE

Commission expiration date 02 / 06 / 2017

D. C. Apacible
State of Florida
MY COMMISSION # EE 871990
Expires: February 6, 2017

Personally Known_____ OR Produced Identification  X
Type of Identification Produced  FL Drivers License

_____        ____/____/_____ Date

State of FL
County of _____

On   _____   before   me,   _____personally   appeared
_____, who proved to me on the basis of satisfactory evidence to be
the person(s) whose name is subscribed to the within instrument and acknowledged before me that he/she executed the
foregoing instrument in his/her authorized capacity, and that by his/her signature(s) on the instrument the person, or the entity
upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of FL that the foregoing paragraph is true and correct. WITNESS
my hand and official seal.

Signature _____ (Seal)
Print Name: _____
Commission expiration date____/____/_____

Personally Known_____ OR Produced Identification_____
Type of Identification Produced_____

NOTE: All individuals on the title (even if not a borrower on the note) must sign this agreement.

In Witness Whereof, the Servicer and I have executed this Agreement.

7130579308                                                     *BOAPerModDocBK_v2.0*

**Notice Regarding Bankruptcy:** Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged
debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of
Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property
and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an
Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has



## Ocwen Loan Servicing, LLC
### WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

SIGN HERE

_____          _____/_____/_____ Date

State of FL
County of _____

On _____ before me, _____personally    appeared
_____, who proved to me on the basis of satisfactory evidence to be
the person(s) whose name is subscribed to the within instrument and acknowledged before me that he/she executed the foregoing instrument in his/her authorized capacity, and that by his/her signature(s) on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of FL that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)
Print Name: _____
Commission expiration date____/____/_____

Personally Known_____ OR Produced Identification_____
Type of Identification Produced_____

SIGN HERE

_____          _____/_____/_____ Date

State of FL
County of _____

On _____ before me, _____personally    appeared
_____, who proved to me on the basis of satisfactory evidence to be
the person(s) whose name is subscribed to the within instrument and acknowledged before me that he/she executed the foregoing instrument in his/her authorized capacity, and that by his/her signature(s) on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of FL that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)
Print Name: _____
Commission expiration date____/____/_____

Personally Known_____ OR Produced Identification_____
Type of Identification Produced_____

_____          BY _____
Servicer

_____
Date
If applicable: _____
    Mortgage Electronic Registration Systems, Inc. – Nominee for Servicer

7130579308                                                      *BOAPerModDocBK_v2.0*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an

SOMO


OCWEN

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

7130579308

*BOAPerModDocBK_v2.0*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has